Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MOGANNAM,** ) | Case No. 2:11-cv-00073-LKK-GGH |
| ) | |
| Plaintiff, ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL WITHOUT** |
| vs. ) | **PREJUDICE** |
| ) | |
| **SANTANDER CONSUMER USA,** ) | |
| **INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

Eastern District Court of California, Plaintiff's Notice of Voluntary Dismissal

Without Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 7th day of March, 2011.

By:   s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

1    Filed electronically on this 7th day of March, 2011, with:

2
3    United States District Court CM/ECF system

4    And hereby served upon all parties

5    Notification sent on this 7th day of March, 2011, via the ECF system to:

6
7    Honorable Lawrence K. Karlton
     Judge of the United States District Court
8    Eastern District of California

9
10   Copy sent via mail on this 7th day of March, 2011, to:

11   Eric J. Troutman
     Severson & Werson
12   The Atrium
13   19100 Von Karman Avenue, Suite 700
14   Irvine CA 92612

15

16   By: s/Todd M. Friedman
         Todd M. Friedman
17

18

19

20

21

22

23

24

25

26

27

28